UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| IN RE GUIDANT CORPORATION | ) | |
| ERISA LITIGATION | ) | |
| | ) | Master Docket No. |
| | ) | 1:05-cv-1009-LJM-TAB |
| THIS DOCUMENT RELATES TO | ) | |
| ALL ERISA ACTIONS | ) | |

**ORDER ON PLAINTIFFS' MOTION TO COMPEL**

This cause is before the Court on Plaintiffs' motion to compel.  [Docket No. 160.]

Plaintiffs' motion relates to more than a dozen requests for production Plaintiffs served upon the

Defendants generally involving the following two categories of documents: (1) Defendants'

internal financial forecasts, estimates, and projections as provided to senior management; and (2)

documents regarding whether the Defendants were aware of the existence of a material

problem in specific devices identified in the amended complaint during certain specified time

periods.  The Court heard argument on this discovery dispute during a May 14, 2009, telephonic

status conference, and ordered briefing on the issues, which the Court has received and

reviewed.  [Docket Nos. 160, 162.]  For the reasons set forth in Defendants' opposition, as

highlighted below, Plaintiffs' motion to compel is denied.

As Defendants correctly point out, Plaintiffs' disputed discovery requests improperly

focus on merits-based issues.  Plaintiffs' motion to compel is yet another attempt to relitigate the

bifurcation order that is in place.  [Docket No. 162 at 2.]  Plaintiffs attempt to support their

motion by way of an affidavit from Professor Steven P. Feinstein.  But as Defendants

persuasively note, Feinstein does not claim that internal projections and forecasts are needed to

calculate damages, thereby undercutting Plaintiffs' motion as to the first category of documents.

[Docket No. 162 at 4.]  Such projections/forecasts could be relevant to the company's stock price if made available to the public in analysts' reports, but any such public information would be readily available to the Plaintiffs.

The second category of documents sought by Plaintiffs—those relevant to determining whether Defendants were aware of the existence of a material problem in specific devices—quite obviously seeks discovery related to liability as opposed to damages.  As a result, such discovery once again goes beyond the permissible limits of the bifurcation order.  To Plaintiffs' credit, they offered a compromise on this discovery, but Defendants rejected this offer.  [Docket No. 160 at 4.]  Given the breadth of Plaintiffs' disputed discovery, Defendants' refusal to compromise on this point, while disappointing to the Plaintiffs, was justifiable.  Accordingly, Plaintiffs' motion to compel [Docket No. 160] is denied.

Dated:   07/14/2009

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jeremy P. Blumenfeld
MORGAN LEWIS & BOCKIUS LLP
jblumenfeld@morganlewis.com

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Keith E. Eggleton
WILSON SONSINI GOODRICH &
ROSATI
keggleton@wsgr.com

Boris  Feldman
WILSON SONSINI GOODRICH &
ROSATI
boris.feldman@wsgr.com

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Donald L. Havermann
MORGAN LEWIS & BOCKIUS LLP
dhavermann@morganlewis.com

Azeez  Hayne
MORGAN LEWIS & BROCKIUS LLP
ahayne@morganlewis.com

Meredith E. Kotler
Cleary Gottlieb Steen & Hamilton LLP
mkotler@cgsh.com

Nina F. Locker
WILSON SONSINI GOODRICH &
ROSATI
nlocker@wsgr.com

Thomas James McKenna
GAINEY & MCKENNA
tjmckenna@gaineyandmckenna.com

Karen L. Morris
MORRIS & MORRIS LLC
kmorris@morrisandmorrislaw.com

Patrick F. Morris
MORRIS AND MORRIS LLC
pmorris@morrisandmorrislaw.com

Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Brian T. Ortelere
MORGAN LEWIS & BOCKIUS LLP
bortelere@morganlewis.com

John W. Purcell
BAKER & DANIELS - Indianapolis
john.purcell@bakerd.com

Mark Carl Rifkin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
rifkin@whafh.com

John R. Schaibley III
BAKER & DANIELS
jrschaib@bakerd.com

Simon J. Torres
MORGAN, LEWIS & BOCKIUS LLP
storres@morganlewis.com

Jeremy Michael Weintraub
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
rifkin@whafh.com