# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE GUIDANT CORPORATION ) <br> ERISA LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ERISA ACTIONS ) <br> ) | Master Docket No. <br> 1:05-cv-1009-LJM-TAB |

## ORDER GRANTING UNOPPOSED MOTION
## FOR AUTHORITY TO PROCEED WITH DISTRIBUTION OF
## <u>NET SETTLEMENT FUND</u>

Having reviewed Plaintiffs' Unopposed Motion for Authority to Proceed with Distribution of Net Settlement Fund (the "Motion"), the Affidavit of Jose C. Fraga in Support of Class Counsel's Motion for Distribution, and accompanying exhibits (the "Fraga Affidavit"), and good cause appearing, it is hereby ORDERED that, pursuant to the Court's September 9, 2010 Final Order and Judgment, the Stipulation of Settlement and the Plan of Allocation, the Court hereby:

a.  approves the administrative determinations of the Claims Administrator, GCG, Inc., identifying Eligible Settlement Class members, as set forth at Exhibit A-1 to the Fraga Affidavit, and the Ineligible Settlement Class members, as set forth at Exhibit A-2 to the Fraga Affidavit;

b.  approves the proposed distribution of the Net Settlement Fund, in the amount of approximately $3,912,720 in cash, as provided for in the Stipulation, beginning as soon as practicable following the entry of said Order. This distribution will be made to those estimated 10,243 Eligible Settlement Class members that GCG has determined to have suffered a non-*de minimis* Eligible Loss, as reflected in Exhibit A-1 to the Fraga Affidavit;

c.  authorizes the Parties to undertake all steps necessary in accordance with the Stipulation, the Motion and the Fraga Affidavit to effectuate this Order; and

d.  approves the data retention and destruction schedule set forth in the Fraga Affidavit.

Dated: __7/12/11__

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Edward O. DeLaney
Kathleen A. DeLaney
DeLaney & DeLaney LLC
ed@delaneylaw.net
kathleen@delaneylaw.net

Karen L. Morris
Patrick F. Morris
MORRIS & MORRIS LLC
kmorris@morrisandmorrislaw.com
pmorris@morrisandmorrislaw.com

Jeremy Michael Weintraub
Mark C. Rifkin
Wolf Haldenstein Adler Freeman & Herz LLP
rifkin@whafh.com

Thomas James McKenna
Gainey & McKenna
tjmckenna@gaineyandmckenna.com

Boris Feldman
Keith E. Eggleton
Nina F. Locker
Wilson Sonsini Goodrich & Rosati
boris.feldman@wsgr.com
keggleton@wsgr.com
nlocker@wsgr.com

John W. Purcell
Robert K. Stanley
Baker & Daniels
john.purcell@bakerd.com
robert.stanley@bakerd.com

Azeez Hayne
Brian T. Ortelere
Donald L. Havermann
Jeremy P. Blumenfeld
Simon J. Torres
Morgan Lewis & Brockius LLP
ahayne@morganlewis.com
bortelere@morganlewis.com
dhavermann@morganlewis.com
jblumenfeld@morganlewis.com
storres@morganlewis.com

Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Diane M. Walters
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304